USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/11/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

J.M.-U.,

                                          Plaintiff,                    20-CV-10600 (LTS) (KHP)

          -against-

                                          **CASE MANAGEMENT TELEPHONE**
                                          **CONFERENCE ORDER**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                                          Defendant.

----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       A Case Management Telephone Conference has been scheduled for this case on **Wednesday, April 27, 2022 at 12:45 p.m.**  Counsel is directed to call the court's telephone conference line at the scheduled time.  **Please dial (866) 434-5269, Access Code: 4858267.**

       **The Plaintiff is directed to serve this order on the Defendant.**

       SO ORDERED.

DATED:      New York, New York
                 April 11, 2022

                                                                 _____
                                                                 KATHARINE H. PARKER
                                                                 United States Magistrate Judge